**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____  Chapter  **7**

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Moss Bayou Restaurants LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **dba The Lost Cajun** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **4  7 – 5  6  5  5  1  9  6** |

4. Debtor's address

**Principal place of business**

**7042 FM 1960 Road East**
Number     Street

**Humble**          **TX**     **77346**
City                State   ZIP Code

**Harris**
County

**Mailing address, if different from principal place of business**

**c/o Greg Schwalbach**
Number     Street
**6942 FM 1960 Road East #180**
P.O. Box

**Humble**          **TX**     **77346**
City                State   ZIP Code

**Location of principal assets, if different from principal place of business**

**7042 FM 1960 Road East, Humble, TX 7734**
Number     Street
**and**

City                State   ZIP Code

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **https://thelostcajun.com/locations/humble-texas** |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other.  Specify: _____ |

Debtor __**Moss Bayou Restaurants LLC**_____     Case number (if known) _____

| 7. | Describe debtor's business | *A. Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11.   *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor **Moss Bayou Restaurants LLC**                              Case number (if known) _____

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

List all cases. If more than 1, attach a separate list.

Case number, if known _____

Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor  **Moss Bayou Restaurants LLC** _____     Case number (if known) _____

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
 Number        Street

_____

_____
 City                                    State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency  _____

Contact name  _____

Phone  _____

---

### Statistical and adminstrative information

**13.** **Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14.** **Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15.** **Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor **Moss Bayou Restaurants LLC** _____ Case number (if known) _____

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.  Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/27/2023**
         MM / DD / YYYY

X **/s/ Gregory K. Schwalbach**
Signature of authorized representative of debtor

**Gregory K. Schwalbach**
Printed name

**Manager/Director**
Title

**18.  Signature of attorney**

X **/s/ Melissa Rae Lanier**                      Date **06/27/2023**
Signature of attorney for debtor                      MM / DD / YYYY

**Melissa Rae Lanier**
Printed name

**Law Office of Melissa Rae Lanier, PLLC**
Firm name

**116 S. Avenue C**
Number          Street

_____

**Humble**                                          **TX**          **77338**
City                                                State          ZIP Code

**(281) 446-1000**                                  **melissa@attorneylanier.com**
Contact phone                                       Email address

**24055818**                                        **TX**
Bar number                                          State

**Fill in this information to identify the case:**

Debtor name __**Moss Bayou Restaurants LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☑ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.
   ☐ Yes.  Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

**2.1** | **Creditor's name**
_____

**Creditor's mailing address**
_____
_____
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account
number** ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**

☐ No
☐ Yes.  Specify each creditor, including this
creditor, and its relative priority.

**Describe debtor's property that is
subject to a lien**
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: _____   Column B: _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the
Additional Page, if any.**                                                      _____ $0.00

**Fill in this information to identify the case:**

Debtor **Moss Bayou Restaurants LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑  No.  Go to Part 2.
☐  Yes.  Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

**2.1**   **Priority creditor's name and mailing address**

**As of the petition filing date, the
claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account
number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:**  11 U.S.C. § 507(a)( _____ )

| Debtor | **Moss Bayou Restaurants LLC** | Case number (if known) |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| **3.1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$14,727.36** |
|---|---|---|---|

**Alliantgroup LP**

**3009 Post Oak Blvd, Ste. 2000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Houston**             **TX**      **77056**      **Sales Tax Credit**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number      **0   0   0   1**      ☑ No
☐ Yes

---

| **3.2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,395.18** |
|---|---|---|---|

**Cintas**

**1408 S. 7th Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Conroe**              **TX**      **77301**      **Linens**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number      **4   2   6   1**      ☑ No
☐ Yes

---

| **3.3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$948.78** |
|---|---|---|---|

**Comcast**

**9602 S. 300 W. Ste B**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Sandy**               **UT**      **84070-3302**      **Internet Service**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number      **8   4   5   2**      ☑ No
☐ Yes

---

| **3.4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$449.50** |
|---|---|---|---|

**Eco Lab Pest**

**26252 Network Place**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Chicago**             **IL**      **60673**      **Pest Control**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number      ___ ___ ___ ___      ☑ No
☐ Yes

Debtor   **Moss Bayou Restaurants LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address |
|---|---|

**Jakes Finer Foods**

**13400 Hollister Drive**

_____

**Houston**                    **TX**      **77086**

**Date or dates debt was incurred**      _____

**Last 4 digits of account number**      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Food**

Is the claim subject to offset?
☑ No
☐ Yes

$3,814.04

| 3.6 | Nonpriority creditor's name and mailing address |
|---|---|

**US Small Business Admin**

**PO Box 3918**

_____

**Portland**                    **OR**      **97208-3918**

**Date or dates debt was incurred**      **5/20/2020**

**Last 4 digits of account number**      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Loan**

Is the claim subject to offset?
☑ No
☐ Yes

$300,000.00

Debtor   __Moss Bayou Restaurants LLC_____   Case number (if known) _____

| Part 3: | List Others to Be Notified About Unsecured Claims |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.1   __Alliantgroup LP_____   Line __3.1___

   __PO Box 676486_____   ☐  Not listed.  Explain:

   _____

   _____

   __Dallas_____ __TX__   __75267-6486_____

Debtor      **Moss Bayou Restaurants LLC**                                     Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

                                                                               **Total of claim amounts**

5a.   **Total claims from Part 1**                            5a.   _____ **$0.00**

5b.   **Total claims from Part 2**                            5b. **+** _____ **$323,334.86**

5c.   **Total of Parts 1 and 2**                             5c.   _____ **$323,334.86**
      Lines 5a + 5b = 5c.

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Moss Bayou Restaurants LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>SOUTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td>Chapter    <strong>7</strong></td></tr>
</table>

☐ Check if this is an amended filing

<u>Official Form 206G</u>

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

   ☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Coke Machine Lease<br>Contract to be REJECTED | Metro Fountain Service<br>1400 Crestdale Drive |
|-----|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | Houston     TX     77080-7214 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease<br>Contract to be REJECTED<br>Contract is in DEFAULT | Wulfe Management Services, Inc.<br>1800 Post Oak Blvd,<br>6 Blvd Place, Ste. 400 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Houston     TX     77056 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Moss Bayou Restaurants LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>SOUTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | Mailing address | Column 2: Creditor | Check all schedules that apply: |
|---|---|---|---|
| **2.1 Greg and April Schwalbach** | **13805 Lynnedale Loop**<br>Number   Street<br><br>**Abbeville   LA   70510**<br>City   State   ZIP Code | **Wulfe Management Services, Inc.** | ☐ D<br>☐ E/F<br>☑ G |
| **2.2 Greg and April Schwalbach** | **13805 Lynnedale Loop**<br>Number   Street<br><br>**Abbeville   LA   70510**<br>City   State   ZIP Code | **Alliantgroup LP** | ☐ D<br>☑ E/F<br>☐ G |
| **2.3 Greg and April Schwalbach** | **13805 Lynnedale Loop**<br>Number   Street<br><br>**Abbeville   LA   70510**<br>City   State   ZIP Code | **Cintas** | ☐ D<br>☑ E/F<br>☐ G |
| **2.4 Greg and April Schwalbach** | **13805 Lynnedale Loop**<br>Number   Street<br><br>**Abbeville   LA   70510**<br>City   State   ZIP Code | **US Small Business Admin** | ☐ D<br>☑ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name **Moss Bayou Restaurants LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:   Summary of Assets

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B............................................................................................................

   | $0.00 |

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B........................................................................................................

   | $34,670.70 |

   1c. **Total of all property**
   Copy line 92 from Schedule A/B...........................................................................................................

   | $34,670.70 |

## Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D......................................

   | $0.00 |

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F.................................................................

   | $0.00 |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................................

   | + $323,334.86 |

4. **Total liabilities**
   Lines 2 + 3a + 3b........................................................................................................................

   | $323,334.86 |

**Fill in this information to identify the case and this filing:**

Debtor Name      **Moss Bayou Restaurants LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/27/2023**              X **/s/ Gregory K. Schwalbach**
         MM / DD / YYYY                         Signature of individual signing on behalf of debtor

                                                **Gregory K. Schwalbach**
                                                Printed name

                                                **Manager/Director**
                                                Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **Moss Bayou Restaurants LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions<br>and exclusions |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2023**<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$259,022.66** |
| For prior year: | From **01/01/2022**<br>MM / DD / YYYY | to | **12/31/2022**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$691,687.00** |
| For the year before that: | From **01/01/2021**<br>MM / DD / YYYY | to | **12/31/2021**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$789,617.00** |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | **Wulfe Management Services, Inc.**<br>Creditor's name<br>**1800 Post Oak Blvd,**<br>Street<br>**6 Blvd Place, Ste. 400**<br><br>**Houston**            **TX**    **77056**<br>City                    State    ZIP Code | 4/22/23 | **$7,959.88** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Commercial Rent** |

Debtor   **Moss Bayou Restaurants LLC**                   Case number (if known) _____
         Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

*Check all that apply*

| 3.2. | **Jakes Finer Foods**<br>Creditor's name<br>**13400 Hollister Drive**<br>Street<br><br>**Houston**     **TX**   **77086**<br>City     State   ZIP Code | **March 2023**<br>**April 2023**<br>**May 2023** | **$39,183.66** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Part 3: | Legal Actions or Assignments |
|---|---|

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☑ None

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor   **Moss Bayou Restaurants LLC**          Case number (if known) _____
        <sub>Name</sub>

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
| --- | --- |

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| **Part 5:** | **Certain Losses** |
| --- | --- |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| **Part 6:** | **Certain Payments or Transfers** |
| --- | --- |

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- |
| 11.1.   **Law Office of Melissa Rae Lanier PLLC** | **$4,500 paid for attorney fees** <br> **$338 paid for filing fees** | **06/09/23** | **$4,838.00** |

**Address**

**116 S. Avenue C**
<sub>Street</sub>

_____

**Humble**          **TX**     **77339**
<sub>City</sub>          <sub>State</sub>   <sub>ZIP Code</sub>

**Email or website address**

**www.attorneylanier.com**

**Who made the payment, if not debtor?**
**Company Representative**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

Debtor    **Moss Bayou Restaurants LLC**        Case number (if known) _____
            Name

**13.  Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑  None

## Part 7:   Previous Locations

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑  Does not apply

## Part 8:   Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑  No.  Go to Part 9.
☐  Yes.  Fill in the information below.

## Part 9:   Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑  No.
☐  Yes.  State the nature of the information collected and retained _____

       Does the debtor have a privacy policy about that information?
       ☐  No.
       ☐  Yes.

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑  No.  Go to Part 10.
☐  Yes.  Does the debtor serve as plan administrator?
       ☐  No.  Go to Part 10.
       ☐  Yes.  Fill in below:

Debtor    **Moss Bayou Restaurants LLC**                              Case number (if known) _____
          <u>Name</u>

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

---

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Metro Fountain Service**<br><u>Name</u> | **7042 FM 1960 Road East** | **Coke machine with ice holder** | _____ |
| **1400 Crestdale Drive**<br><u>Street</u> | | | |
| | **Humble          TX     77346** | | |
| **Houston          TX     77080-7214**<br><u>City           State   ZIP Code</u> | | | |

---

Debtor     **Moss Bayou Restaurants LLC**                                    Case number (if known) _____
           Name

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
    Include settlements and orders.

    ☑ No
    ☐ Yes.  Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No
    ☐ Yes.  Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

    ☑ No
    ☐ Yes.  Provide details below.

## Part 13:   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

    ☑ None

26. **Books, records, and financial statements**

    26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

|          | Name and address                        | Dates of service |              |
|----------|-----------------------------------------|------------------|--------------|
| 26a.1.   | **Naomi's Tax & Bookkeeping**<br>Name<br>**7840 FM 1960 Rd E. Ste. 413**<br>Street | From **5/02/2017** | To **6/12/2023** |
|          | **Humble**                TX     77346  |                  |              |
|          | City                     State   ZIP Code |                |              |

Debtor      **Moss Bayou Restaurants LLC**                              Case number (if known) _____
            Name

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial
       statement within 2 years before filing this case.

       ☑ None

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

       ☑ None

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a
       financial statement within 2 years before filing this case.

       ☐ None

       **Name and address**

26d.1.  **Corporate Executive**
        Name
        **166 Town Center Pkwy**
        Street
        _____

        **Slidell**                          **LA**      **70458**
        City                                 State      ZIP Code

**27.   Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes. Give the details about the two most recent inventories.

**28.   List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders,
        or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Greg Schwalbach** | **6942 FM 1960 RD E, #180**<br>**Humble, TX 77346** | **Manager/Director** | **50%** |
| **April Schwalbach** | **6942 FM 1960 Rd E, #180**<br>**Humble, TX 77346** | **Manager** | **50%** |

**29.   Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners,
        members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

Debtor   **Moss Bayou Restaurants LLC**                                          Case number (if known) _____
         Name

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes.  Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Greg Schwalbach**<br>Name<br>**6942 F.M. 1960 R. E. #180**<br>Street<br><br>**Humble          TX    77346**<br>City          State   ZIP Code<br><br>**Relationship to debtor**<br>**Owner/Manager** | **Owner Draw**<br>**$45,000.00** | **December 29, 2022** | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **April Schwalbach**<br>Name<br>**6942 FM 1960 Rd E. #180**<br>Street<br><br>**Humble          TX    77346**<br>City          State   ZIP Code<br><br>**Relationship to debtor**<br>**Owner/Manager** | **Owner Draw**<br>**$45,000.00** | **December 29, 2022** | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

Debtor   **Moss Bayou Restaurants LLC**                                    Case number (if known) _____
         <u>Name</u>

---

| **Part 14:** | **Signature and Declaration** |

**WARNING --**Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **06/27/2023**
           MM / DD / YYYY

**X** **/s/ Gregory K. Schwalbach**                           Printed name  **Gregory K. Schwalbach**
    Signature of individual signing on behalf of the debtor

    Position or relationship to debtor **Manager/Director**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re  **Moss Bayou Restaurants LLC**

Case No. _____

Chapter  **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept................................................Fixed Fee:   **$4,500.00**

Prior to the filing of this statement I have received.......................................................   **$4,500.00**

Balance Due.................................................................................................................   **$0.00**

2. The source of the compensation paid to me was:
   - ☐ Debtor          ☑ Other (specify)
                        **Paid by Company Representative**

3. The source of compensation to be paid to me is:
   - ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Includes a, b and c only.  Does not include adversary proceeding.**

---

<div style="border:1px solid black; padding:10px;">

CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| __06/27/2023__ | **/s/ Melissa Rae Lanier** |
| *Date* | *Melissa Rae Lanier*          Bar No.  24055818 |
| | Law Office of Melissa Rae Lanier, PLLC |
| | 116 S. Avenue C |
| | Humble, TX 77338 |
| | Phone: (281) 446-1000 |

</div>

**/s/ Gregory K. Schwalbach**

*Gregory K. Schwalbach*
*Manager/Director*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Moss Bayou Restaurants LLC**                                              CASE NO

                                                                                     CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  6/27/2023                                          Signature   **/s/ Gregory K. Schwalbach**
                                                                     ***Gregory K. Schwalbach***
                                                                     ***Manager/Director***


Date _____                            Signature _____

Alliantgroup LP
3009 Post Oak Blvd, Ste. 2000
Houston, TX 77056


Alliantgroup LP
PO Box 676486
Dallas, TX 75267-6486


Cintas
1408 S. 7th Street
Conroe, TX 77301


Comcast
9602 S. 300 W. Ste B
Sandy UT 84070-3302


Eco Lab Pest
26252 Network Place
Chicago, IL 60673


Greg and April Schwalbach
13805 Lynnedale Loop
Abbeville, LA 70510


Jakes Finer Foods
13400 Hollister Drive
Houston, TX 77086


Metro Fountain Service
1400 Crestdale Drive
Houston, TX 77080-7214


US Small Business Admin
PO Box 3918
Portland, OR 97208-3918

Wulfe Management Services, Inc.
1800 Post Oak Blvd,
6 Blvd Place, Ste. 400
Houston, TX 77056